UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NEW HORIZON HOME CARE, LLC., and
GUIDKING LIGHT HOSPICE, INC.

    Plaintiff(s),

vs.

NORTHEASTERN NEVADA REGIONAL
HOSPITAL, et. al.

    Defendant(s).

Case # 3:19-CV-00521-RJC-WCC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Joseph C. Alamilla_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Joseph C. Alamilla, PLLC
(firm name)

with offices at 9557 South 700 East, Ste 101
(street address)

Sandy , Utah , 84070 ,
(city) (state) (zip code)

801-232-2666 , joseph@jcalegalsolutions.com .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

New Horizon and Guiding Light to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 14, 2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court-Utah | 10/14/2003 | 09785 |
| Tenth Circuit Court of Appeals | January 1, 2005 | 09785 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

Utah State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Utah          )
COUNTY OF Salt Lake     )

Joseph C. Alamilla Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 29th day of August, 2019.

_____
Notary Public or Clerk of Court

CARMA JEAN HARPER
Notary Public – State of Utah
Comm. No. 695453
My Commission Expires on
May 24, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Stephen S. Kent (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

201 W. Liberty St., Suite 320 (street address)

Reno (city), Nevada (state), 89501 (zip code)

775-324-9800 (area code + telephone number), Skent@skentlaw.com (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) *Stephen S. Kent* as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Paula Price*
(party's signature)

*Paula Price for New Horizon*
(type or print party name, title)

*Home Care LLC and Guiding*
(party's signature)

*Light Hospice, Inc.*
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Stephen Kent*
Designated Resident Nevada Counsel's signature

1251     skent@skentlaw.com
Bar number     Email address

APPROVED:

Dated: this 20th day of September, 2019.

*R. James*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Utah State Bar

645 South 200 East, Suite 310 ⊠ Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 ⊠ Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Bar Commissioners**

**Herm Olsen**
President
Hillyard Anderson & Olsen
Logan

**Heather M. Farnsworth**
President-elect
Match & Farnsworth
Salt Lake City

**John W. Bradley**
Utah Attorney General's Office
Ogden

**Steven R. Burt, AIA**
Public Member
Entelen Design Build
Salt Lake City

**Mary Kay Griffin, CPA**
Public Member
Mayer Hoffman McCann
Salt Lake City

**Chrystal Mancuso-Smith**
Pia Anderson Moss Hoyt
Salt Lake City

**Marty E. Moore**
Peck Hadfield Baxter & Moore
Logan

**Mark O. Morris**
Snell & Wilmer
Salt Lake City

**Mark W. Pugsley**
Ray Quinney & Nebeker
Salt Lake City

**Michelle Quist**
Kunzler Bean & Adamson
Salt Lake City

**Thomas W. Seiler**
Robinson Seiler Anderson & Fife
Provo

**Cara M. Tangaro**
Tangaro Law Firm
Salt Lake City

**Heather L. Thuet**
Christensen & Jensen
Salt Lake City

**Kristin K. Woods**
Attorney at Law
St. George

*This document expires 60 days from the date of issuance*

Wednesday, September 4, 2019

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING** for Joseph C. Alamilla

This is to certify that Joseph C. Alamilla, Utah State Bar No. 00009785 and was admitted to practice law in Utah on 10/14/2003.

Joseph C. Alamilla is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar



Serving the public. Working for justice.