Gary E. Di Grazia, Esq.
Nevada Bar No. 198
David M. Stanton, Esq.
Nevada Bar No. 4389
GOICOECHEA, DI GRAZIA,
COYLE & STANTON, LTD.
530 Idaho Street
P.O. Box 1358
Elko, NV 89801
Telephone: (775) 738-8091
Facsimile: (775) 738-4220
gdigrazia@frontiernet.net
davidstanton@frontiernet.net
*Attorneys for Defendants*
*Genesis Home Health Services, Inc.*
*and Querubin Iguban, Jr., M.D.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., HIGHLAND MANOR, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN, <br><br> Defendants. | Case No.: 3:19-cv-00521-RCJ-WGC <br><br><br> **STIPULATION AND REQUEST FOR EXTENSION OF TIME** <br> **[FIRST REQUEST]** |

Defendants, GENESIS HOME HEALTH SERVICES, INC., a Nevada Corporation, and QUERUBIN IGUBAN, JR., M.D., by and through their counsel GARY E. DI GRAZIA, Esq. of the law firm of GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD., pursuant to FRCP 6(b)(1)(A) and LR IA 6-1, respectfully request this Court for an extension of time until November 26, 2019 to provide a responsive pleading to Plaintiffs' Complaint in the above-entitled matter for each of the following reasons:

1. Defendants have been notified that it will take an additional seven (7) to ten (10) days for its insurance company to determine coverage and to, therefore, assign counsel;

2. This extension request is only for fourteen (14) days and this is the first request by these Defendants for any extension of time; and,

3. Counsel for Plaintiffs is not opposed to extend the time as described above.

**DATED:** November 7, 2019.

**GOICOECHEA, DI GRAZIA,
COYLE & STANTON, LTD.**
*Attorneys for Defendants,
Genesis Home Health Services, Inc. and
Querubin Iguban, Jr., M.D.*
530 Idaho Street
Elko, NV 89801

By: __/s/ *Gary E. Di Grazia*__
    **GARY E. DI GRAZIA**
    Nevada Bar No. 198
    **DAVID M. STANTON**
    Nevada Bar No. 4389

**DATED:** November 7, 2019.

**KENT LAW**
*Counsel for Plaintiffs,
New Horizon Home Care, LLC and
Guiding Light Hospice, Inc.*
201 West Liberty Street, Suite 320
Reno, NV 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803

By: __/s/ (*Electronic Signature Authorized*)__
    **STEPHEN S. KENT**
    Nevada Bar No. 1251
    skent@skentlaw.com

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 8, 2019

2