Phillip F. Cramer
Tennessee Bar No. 20697
Ryan T. Holt
Tennessee Bar No. 30191
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Ste. 1100
Nashville, TN 37201
615.742.4200
*Attorneys for Defendant Northeastern Nevada Regional Hospital*

*pro hac vice applications to be filed*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC.<br><br>Plaintiffs,<br><br>-vs-<br><br>NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., HIGHLAND MANOR, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN,<br><br>Defendants. | Case No: 3:19-cv-00521-RCJ-WGC<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME [FIRST REQUEST]** |

Defendant NORTHEASTERN NEVADA REGIONAL HOSPITAL ("Defendant"), by and through its counsel PHILLIP F. CRAMER and RYAN T. HOLT of the law firm of SHERRARD ROE VOIGT & HARBISON, PLC, pursuant to FRCP 6(b)(1)(A) and LR IA 6-1, respectfully request this Court for an extension of time until December 13, 2019 to provide a responsive pleading to Plaintiffs' Complaint in the above-entitled matter for each of the following reasons:

1. Defendant has been acting diligently since obtaining a copy of the Complaint to obtain a determination with its insurer about coverage and the appointment of defense counsel, but despite that diligence no final decision has yet been received;

2. This extension request is only for approximately thirty (30) days, and this is the first request by this Defendant for any extension of time; and

3. Counsel for Plaintiffs is not opposed to extend the time as described above.

DATED: November 14, 2019.

**SHERRARD ROE VOIGT & HARBISON, PLC**
*Attorneys for Defendants*
*Northeastern Nevada Regional Hospital*
150 3rd Avenue South, Ste. 1100
Nashville, TN 37201
Telephone: (615) 742-4200
Facsimile: (615) 742-4539

By: /s/ *Phillip F. Cramer*
    **PHILLIP F. CRAMER**
    **Tennessee Bar No. 20697**
    **RYAN T. HOLT**
    **Tennessee Bar No. 30191**

*pro hac vice applications to be filed*

DATED: November 14, 2019.

**KENT LAW**
*Counsel for Plaintiffs,*
*New Horizon Home Care, LLC and*
*Guiding Light Hospice, Inc.*
201 West Liberty Street, Suite 320
Reno, NV 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803

By: /s/ *Stephen S. Kent*
    **STEPHEN S. KENT**
    **Nevada Bar No. 1251**
    skent@skentlaw.com

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: November 15, 2019.**