Gary E. Di Grazia, Esq.
Nevada Bar No. 198
David M. Stanton, Esq.
Nevada Bar No. 4389
GOICOECHEA, DI GRAZIA,
COYLE & STANTON, LTD.
530 Idaho Street
P.O. Box 1358
Elko, NV 89801
Telephone: (775) 738-8091
Facsimile: (775) 738-4220
gdigrazia@frontiernet.net
davidstanton@frontiernet.net
*Attorneys for Defendants*
*Genesis Home Health Services, Inc.*
*and Querubin Iguban, Jr., M.D.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., HIGHLAND MANOR, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN, <br><br> Defendants. | Case No.: 3:19-cv-00521-RCJ-WGC <br><br> **STIPULATION AND REQUEST FOR EXTENSION OF TIME** <br> **[SECOND REQUEST]** |

Defendants, GENESIS HOME HEALTH SERVICES, INC., a Nevada Corporation, and QUERUBIN IGUBAN, JR., M.D., by and through their counsel GARY E. DI GRAZIA, Esq. of the law firm of GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD., pursuant to FRCP 6(b)(1)(A) and LR IA 6-1, respectfully request this Court for an extension of time until December 13, 2019 to provide a responsive pleading to Plaintiffs' Complaint in the above-entitled matter for each of the following reasons:

1

1.   Defendants were notified yesterday afternoon that there will be insurance coverage and that assigned counsel would be confirmed after conflicts are checked;

2.   As a result of the foregoing, an additional fourteen (14) days to respond to Plaintiffs' Complaint is requested;

3.   This is Defendants' second request for extension of time, having sought an additional fourteen (14) days initially;

4.   The time extension being sought is for the same period previously permitted to Defendant, Northeastern Nevada Regional Hospital; and,

5.   Counsel for Plaintiffs is not opposed to extend the time as described above.

| | |
|---|---|
| **DATED:** November 22, 2019. | **DATED:** November 22, 2019. |
| **GOICOECHEA, DI GRAZIA,** **COYLE & STANTON, LTD.** *Attorneys for Defendants,* *Genesis Home Health Services, Inc. and Querubin Iguban, Jr., M.D.* 530 Idaho Street Elko, NV 89801 | **KENT LAW** *Counsel for Plaintiffs,* *New Horizon Home Care, LLC and Guiding Light Hospice, Inc.* 201 West Liberty Street, Suite 320 Reno, NV 89501 Telephone: (775) 324-9800 Facsimile: (775) 324-9803 |
| By:   /s/ *Gary E. Di Grazia* **GARY E. DI GRAZIA** **Nevada Bar No. 198** **DAVID M. STANTON** **Nevada Bar No. 4389** | By:   /s/ (*Electronic Signature Authorized*) **STEPHEN S. KENT** **Nevada Bar No. 1251** skent@skentlaw.com |

**IT IS SO ORDERED:**

*/s/ William G. Cobb*

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 25, 2019

2