Gary E. Di Grazia, Esq.
Nevada Bar No. 198
David M. Stanton, Esq.
Nevada Bar No. 4389
GOICOECHEA, DI GRAZIA,
COYLE & STANTON, LTD.
530 Idaho Street
P.O. Box 1358
Elko, NV 89801
Telephone: (775) 738-8091
Facsimile: (775) 738-4220
gdigrazia@frontiernet.net
davidstanton@frontiernet.net
*Attorneys for Defendants*
*Genesis Home Health Services, Inc.
and Querubin Iguban, Jr., M.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

_____

NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC.,

                Plaintiffs,

vs.

NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., HIGHLAND MANOR, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN,

                Defendants.
_____/

Case No.: 3:19-cv-00521-RCJ-WGC

**ORDER GRANTING AMENDED REQUEST FOR EXTENSION OF TIME [THIRD REQUEST]**

Defendants, GENESIS HOME HEALTH SERVICES, INC., a Nevada Corporation, and QUERUBIN IGUBAN, JR., M.D., by and through their counsel GARY E. DI GRAZIA, Esq. of the law firm of GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD., pursuant to FRCP 6(b)(1)(A) and LR IA 6-1, respectfully request this Court for an extension of time until December 27, 2019 to provide a responsive pleading to Plaintiffs' Complaint in the above-entitled matter for each of the following reasons:

1. Defendants were assigned attorney Jack G. Angaran as insurance legal counsel on November 21, 2019;

2. On December 8, 2019, Defendants were advised that Mr. Angaran had a conflict because one of Mr. Angaran's partners in his Las Vegas office was representing one of the Plaintiffs in several workers compensation claims;

3. Mr. Angaran immediately sought a waiver of the conflict but the request for the waiver was declined on December 11, 2019;

4. Michael A. Pintar of McCormick Barstow LLP has now been assigned by insurance to represent the Defendants and Defendants are advised that he has no conflict;

5. Mr. Pintar needs some time to familiarize himself with the case and review the matter with his new clients before filing a responsive pleading;

6. Accordingly this third extension of time is sought for an additional fourteen (14) days; and,

7. Counsel for Plaintiffs are not opposed to extend the time described above.

**DATED:** December 13, 2019.

**GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.**
*Attorneys for Defendants,*
*Genesis Home Health Services, Inc. and*
*Querubin Iguban, Jr., M.D.*
530 Idaho Street
Elko, NV 89801

By: /s/ *Gary E. Di Grazia*
**GARY E. DI GRAZIA**
Nevada Bar No. 198
**DAVID M. STANTON**
Nevada Bar No. 4389

**DATED:** December 13, 2019.

**JOSEPH C. ALAMILLA, PLLC and KENT LAW**
*Counsel for Plaintiffs,*
*New Horizon Home Care, LLC and*
*Guiding Light Hospice, Inc.*
201 West Liberty Street, Suite 320
Reno, NV 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803

By: /s/ (*Electronic Signature Authorized*)
**STEPHEN S. KENT**
Nevada Bar No. 1251
skent@skentlaw.com

2

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: December 13, 2019**