1　McCormick, Barstow, Sheppard,
　　Wayte & Carruth LLP
2　Michael A. Pintar
　　Nevada Bar No. 3789
3　241 Ridge Street, Suite 300
　　Reno, Nevada 89501
4　Telephone:　(775) 333-0400
　　Facsimile:　(775) 333-0412
5
　　Attorneys for Defendants Genesis Home Health
6　Services, Inc., and Querubin Iguban, Jr., M.D.

7

8　　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　DISTRICT OF NEVADA, NORTHERN DIVISION

10

| 11 NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC., | Case No. 3:19-cv-00521-RCJ-WGC |
|---|---|
| 12 | **SUBSTITUTION OF ATTORNEYS** |
| 13 Plaintiffs, | |
| 14 v. | |
| 15 NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., HIGHLAND MANOR, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN, | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 Defendants. | |

21

22　　　　Defendants, Genesis Home Health Services, Inc., and Querubin Iguban, Jr., M.D., hereby

23　substitute McCormick Barstow, LLP, as attorneys of record for said Defendants in the place and stead

24　of Gary E. Di Grazia, Esq., of Goicoechea, Di Grazia, Coyle & Stanton, Ltd., in the above-entitled

25　action.

26　/ / /

27　/ / /

28　/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
241 RIDGE STREET, SUITE 300
RENO, NV 89501

1

2  DATED: this 17th day of December, 2019 _____

3                                          Querubin Iguban, Jr., M.D., Individually, and as
                                           President of Genesis Home Health Services, Inc.

4

5

6                        **CONSENT TO SUBSTITUTION**

7        The undersigned hereby consents to the above substitution of counsel for Defendants, Genesis

8   Home Health Services, Inc., and Querubin Iguban, Jr., M.D., in the above-entitled action.

9        DATED this 17th day of December, 2019

10                                         GOICOECHEA, Di GRAZIA, COYLE & STANTON,
                                           LTD.

11

12                                         By _____

13                                            Gary E. Di Grazia, Esq.
                                              530 Idaho Street

14                                            Elko, Nevada 89801

15                                            Tel. (775) 738-8091

16                                            Attorneys for Defendants Genesis Home Health
                                              Services, Inc., and Querubin Iguban, Jr., M.D.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
241 RIDGE STREET, SUITE 300
RENO, NV 89501

                        2                           3:19-cv-00521-RCJ-WGC
                 SUBSTITUTION OF ATTORNEYS

<u>ACCEPTANCE OF SUBSTITUTION</u>

The undersigned does hereby consents to the above substitution of counsel for Defendants, Genesis Home Health Services, Inc., and Querubin Iguban, Jr., M.D., in the above-entitled action.

DATED this 18th day of December, 2019

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By     /s/ Michael A. Pintar
Michael A. Pintar
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, Nevada 89501
Tel. (775) 333-0400

Attorneys for Defendants Genesis Home Health
Services, Inc., and Querubin Iguban, Jr., M.D.

IT IS SO ORDERED.

DATED: December 18, 2019.

William G. Cobb

UNITED STATES MAGISTRATE JUDGE

3:19-cv-00521-RCJ-WGC

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
241 RIDGE STREET, SUITE 300
RENO, NV 59501