UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

NEW HORIZON HOME CARE, LLC
and GUIDING LIGHT HOSPICE,

    Plaintiff,

vs.

NORTHEASTERN NEVADA REGIONAL
HOSPITAL et al

    Defendants.

CASE NO. 3:19-CV-00521-RCJ-WGC

**ORDER GRANTING STIPULATION AND REQUEST FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS AND MOTION TO STRIKE**
**[FIRST REQUEST]**

    PLAINTIFFS New Horizon Home Care, LLC, and Guiding Light Hospice, Inc., (Plaintiffs"), through its counsel Joseph Alamilla and Stephen S. Kent, and Defendant Northeastern Nevada Regional Hospital ("Defendant"), by and through its counsel Phillip F. Cramer and Ryan T. Holt of the law firm of Sherrard Roe Voigt & Harbison, PLC, Arthur A. Zorio, Esq., and Brownstein, Hyatt, Farber, Schreck LLP, respectfully request this Court permit an extension of time until January 10, 2020, for Plaintiffs to file its opposition to Northeastern Nevada Regional Hospital's Motion to Dismiss and Motion to Strike.

    1.    Plaintiff has been acting diligently since obtaining a copy of the Motions, but two holidays intervene in the time for the opposition.

    2.    This extension request is only for approximately fourteen (14) days, and this is the first request by Plaintiffs for any extension of time; and

///

KENT LAW PLLC
201 W. LIBERTY ST., Ste. 320
Reno, Nevada 89501
Tel: 775-324-9800

3.  Counsel for Defendant Northeastern Nevada Regional Hospital is not opposed to extend the time as describe above.

DATED: December 26, 2019

KENT LAW

By: /s/ Stephen S. Kent
STEPHEN S. KENT
201 W. Liberty Street, Suite 320
Reno, Nevada 89501
775-324-9800
ATTORNEYS FOR PLAINTIFFS
NEW HORIZON HOME CARE, LLC AND GUIDING LIGHT HOSPICE.

DATED: December 26, 2019

SHERRARD ROE VOIGT & HARBISON, PLC

By: /S/ Ryan T. Holt, Esq.
PHILLIP F. CRAMER
RYAN T. HOLT
150 3RD Avenue South, Ste. 1100
Nashville, TN 37201
Telephone: (615) 742-4200
Facsimile: (615) 742-4539
ATTORNEYS FOR DEFENDANTS
NORTHEASTERN NEVADA REGIONAL HOSPITAL

*Pro hac vice applications to be filed*

DATED: December 26, 2019

JOSEPH C. ALAMILLA, PLLC

By: /S/ Joseph C. Alamilla
JOSEPH C. ALAMILLA
9557 South 700 East, Ste 101
Sandy, UT 84070
801-232-2666
ATTORNEYS FOR PLAINTIFFS
NEW HORIZON HOME CARE, LLC AND GUIDING LIGHT HOSPICE.

BROWNSTEIN, HYATT, FARBER, SCHRECK LLP,

ARTHUR A. ZORIO, ESQ.
5371 Kietzke Lane
Reno, Nevada 89511
775-324-4100
ATTORNEYS FOR DEFENDANTS
NORTHEASTERN NEVADA REGIONAL HOSPITAL.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 26, 2019.