Mark A. Hutchison (4639)
Branden D. Kartchner (14221)
Stuart J. Taylor (14285)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
mhutchiso@hutchlegal.com
bkartchner@hutchlegal.com
staylor@hutchlegal.com

*Attorneys for Defendant Highland Manor*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC and GUIDING LIGHT HOSPICE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>NORTHEASTERN NEVADA REGIONAL HOSPITAL; HORIZON HOSPICE, INC.; GENESIS HOSPICE, LLC; GENESIS HOME HEALTH SERVICES, INC.; HIGHLAND MANOR; DREW BANFORD; BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D.; DEBRA ANDERSON; MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN,<br><br>Defendants. | Case No. 3:19-cv-00521-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, Plaintiffs NEW HORIZON HOME CARE, LLC and GUIDING LIGHT HOSPICE, INC. ("Plaintiffs") and Defendant HIGHLAND MANOR ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On August 21, 2019, filed the Complaint. (ECF No. 1);

2. Defendant was served with the Complaint on December 10, 2019;

3. Defendant's deadline to respond to the Complaint is December 31, 2019;

4. The Parties stipulate and agree that the Defendant's shall have until January 14, 2020 to file their response to Plaintiffs' Complaint; and

5. This is the first request for an extension of time to respond to Plaintiffs' Complaint.

In view of the foregoing, good cause supports this stipulated Motion. The Parties respectfully request that the Court grant this Motion and extend Defendant's deadline to file an Answer or responsive pleading to the Complaint to January 14, 2020.

**IT IS SO STIPULATED.**

DATED this 29th day of December, 2019          DATED this 30th day of December, 2019

JOSEPH C. ALAMMILLA, PLLC                      HUTCHISON & STEFFEN, PLLC

*/s/ Mark A. Hutchison*

Joseph Carlos Alamilla                          Mark A. Hutchison (4639)
P.O. Box 543                                    Branden D. Kartchner (14221)
Centerville, UT 84014                           Stuart J. Taylor (14285)
801-232-2666/Fax: 866-254-9597                  10080 West Alta Drive, Suite 200
joseph@jcalegalsolutions.com                    Las Vegas, NV 89145
                                                702-385-2500/Fax: 702-385-2086
*Attorney for Plaintiffs*                       mhutchiso@hutchlegal.com
                                                bkartchner@hutchlegal.com
                                                staylor@hutchlegal.com

*Attorneys for Defendant Highland Manor*

## ORDER

IT IS SO ORDERED

DATED this 30th day of December, 2019

_____
U.S. MAGISTRATE JUDGE