# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NEW HORIZON HOME CARE, LLC,<br>and GUIDING LIGHT HOSPICE, INC., | )<br>)<br>) | 3:19-cv-00521-RCJ-WGC |
| Plaintiffs, | )<br>) | **MINUTES OF THE COURT** |
| vs. | ) | December 30, 2019 |
| | ) | |
| NORTHEASTERN NEVADA REGIONAL<br>HOSPITAL, et al., | )<br>)<br>) | |
| Defendants. | )<br>) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiffs' Motion to Enlarge Time in Which to Serve the Summons and Complaint (ECF No. 58).  Plaintiffs request an extension of forty-five (45) days to serve Defendants Alice Allen and Debra Anderson with the Summons and Complaint.

Good cause appearing, Plaintiffs' Motion to Enlarge Time in Which to Serve the Summons and Complaint (ECF No. 58) is **GRANTED**.  Plaintiffs shall have forty-five (45) days from the date of this order in which to serve Defendants Alice Allen and Debra Anderson.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
                    Deputy Clerk