# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC., <br><br> Plaintiffs <br><br> v. <br><br> NORTHEASTERN NEVADA REGIONAL HOSPITAL, et. al., <br><br> Defendants | Case No.: 3:19-cv-00521-RCJ-WGC <br><br> **Minute Order** <br><br> Re: ECF No. 58 |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>KAREN WALKER</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs filed a motion for an extension of time to serve the summons and complaint on defendants Alice Allen, Debra Anderson, Genesis Hospice, LLC, and Drew Banford. (ECF No. 58.) With good cause appearing, the motion is **GRANTED**. The Clerk shall **ISSUE** summonses for Genesis Hospice, LLC and Drew Banford.  Plaintiffs have up to and including **February 6, 2020**, to serve these defendants with the summons and complaint on Alice Allen, Debra Anderson, Genesis Hospice, LLC, and Drew Banford. If service is not effectuated by that date, these defendants will be dismissed without prejudice under Rule 4(m).

**IT IS SO ORDERED**.

Dated: December 23, 2019         DEBRA K. KEMPI, CLERK

                    By: _____/s/_____

                         Deputy Clerk