McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael A. Pintar
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone:     (775) 333-0400
Facsimile:     (775) 333-0412

Attorneys for Defendants Horizon Hospice and
Billie Jean Crawford

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., HIGHLAND MANOR, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN, <br><br> Defendants. | Case No. 3:19-cv-00521-RCJ-WGC <br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendants, Horizon Hospice, a non-profit corporation erroneously sued as Horizon Hospice, Inc., and Billie Jean Crawford, hereby substitute McCormick Barstow, LLP, as attorneys of record for said Defendants in the place and stead of Zachary A. Gerber, Esq., of Gerber Law Offices, LLP, in the above-entitled action.

/ / /

/ / /

/ / /

1

2  DATED: this ___ day of December, 2019 _____
                                         A Representative of Horizon Hospice
3

4

5  DATED: this 3(_) day of December, 2019 _____
                                         Billie Jean Crawford
6

7                              **CONSENT TO SUBSTITUTION**

8          The undersigned hereby consents to the above substitution of counsel for Defendants, Horizon

9  Hospice and Billie Jean Crawford, in the above-entitled action.

10         DATED this ___ day of December, 2019

11                              GERBER LAW OFFICES, LLP

12

13
                                By        /s/ Zachary A. Gerber
14                                        Zachary A. Gerber, Esq.
                                          491 4th Street
15                                        Elko, Nevada 89801
                                          Tel. (775) 738-9258
16

17                                        Attorneys for Defendants Horizon Hospice and
                                          Billie Jean Crawford
18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

## ACCEPTANCE OF SUBSTITUTION

The undersigned does hereby consents to the above substitution of counsel for Defendants, Horizon Hospice and Billie Jean Crawford, in the above-entitled action.

DATED this 14th day of January, 2020.

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By _____/s/ Michael A. Pintar_____
Michael A. Pintar
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, Nevada 89501
Tel. (775) 333-0400

Attorneys for Defendants Horizon Hospice and
Billie Jean Crawford

IT IS SO ORDERED.
DATED:  January 15, 2020

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE