**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NEW HORIZON HOME CARE, LLC, and )
GUIDING LIGHT HOSPICE, INC. )
)
)
Plaintiff(s), )
)
vs. )
·NORTHEASTERN NEVADA REGIONAL )
HOSPITAL, ET AL. )
)
)
Defendant(s). )
_____ )

Case #3:19-cv-00521-RCJ-WGC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Ryan T. Holt_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Sherrard Roe Voigt & Harbison, PLC
_____
(firm name)

with offices at _____150 3rd Avenue South, Ste. 1100_____,
(street address)

_____Nashville_____, _____Tennessee_____, ___37201___,
(city)                           (state)                      (zip code)

_____615_____, _____742-4200_____.
(area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Northeastern Nevada Regional Hospital to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.  That since ___October 17, 2011___, Petitioner has been and presently is a
                           (date)
member in good standing of the bar of the highest Court of the State of ___Tennessee___
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.  That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | 1/8/2018 | |
| U.S. Court of Appeals for the Sixth Circuit | 11/11/2011 | |
| U.S. District Court, Middle District of Tennessee | 10/17/2011 | 30191 |
| U.S. District Court, Western District of Tennessee | 12/21/2011 | |
| U.S. District Court, Eastern District of Tennessee | 4/13/2012 | |
| U.S. District Court, Northern District of IL | 7/18/2018 | |

5.  That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2                                                                      Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

Tennessee Bar Association.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Tennessee          )
COUNTY OF Davidson          )

_____Ryan Holt_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___19___ day of ___December___, 2019.

_____
Notary Public or Clerk of Court

NOTARY PUBLIC
Stacie L. Beishuizen
My Commission Expire
May 05, 2020
STATE OF TENNESSEE

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Arthur A. Zorio_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Brownstein Hyatt Farber Schreck, LLP , 5371 Kietzke Lane_____,
(street address)

_____Reno_____, _____Nevada_____, _____89511_____,
(city)                  (state)                (zip code)

_____775.398.3812_____, _____azorio@bhfs.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Arthur A. Zorio _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____, Assistant VP
(party's signature)

Northeastern Nevada Regional Hospital
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6547        AZORIO @ BHFS.COM
Bar number        Email address

APPROVED:

Dated: this 16th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Ryan Thomas Holt

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 1, 2011, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 17th day of December, 2019.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _Sherry Tyler_
Sherry Tyler, D.C.