1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

16

17

NEW HORIZON HOME CARE, LLC, and
GUIDING LIGHT HOSPICE, INC.,

Case No:  3:19-cv-00521-RCJ-WGC

18

Plaintiffs,

19

-vs-

**ORDER GRANTING STIPULATION
TO EXTEND TIME TO RESPOND TO
COMPLAINT**

20

21

22

23

24

NORTHEASTERN NEVADA REGIONAL
HOSPITAL, HORIZON HOSPICE, INC.,
GENESIS HOSPICE, LLC, GENESIS
HOME HEALTH SERVICES, INC.,
HIGHLAND MANOR, DREW BANFORD,
BILLIE JEAN CRAWFORD, TRAVIS
SPENCER, QUERUBIN IGUBAN, JR.,
M.D., DEBRA ANDERSON,
MARISSELLA (CHELLA) ELLIOT,
ALICE ALLEN,

**[FIRST REQUEST]**

25

Defendants.

26

27

28

1

Defendants DEBBIE ANDERSON, ALICE ALLEN and MARISSELLA ELLIOT (collectively referred to herein as the "New Defendants"), by and through their counsel, pursuant to FRCP 6(b)(1)(A) and LR IA 6-1, respectfully request this Court for an extension of time to respond to Plaintiffs' complaint in the above-entitled matter for the following reasons:

1.      Several Defendants have moved to dismiss the complaint. *See, e.g.,* ECF Nos. 28 (Defendant Horizon Hospice), 46 (Defendant Northeastern Nevada Regional Hospital), 60 (Defendant Genesis Home Health Services), 85 (Defendant Highland Manor), and 99 (Defendant Genesis Hospice).

2.      The New Defendants submit that many of the arguments set forth in the above-mentioned motions are applicable to them, and that they may also possess additional, unique arguments to be dismissed from this action.

3.      In the interest of party and judicial economy, and to avoid the briefing of yet another motion to dismiss at this juncture, the New Defendants suggested to counsel for Plaintiffs that their deadline to respond to the complaint be stayed until after the Court has ruled on the above-mentioned motions.

4.      Plaintiffs agree to, and do not oppose, the relief requested in this stipulation and request for extension of time.

5.      Consequently, Defendants DEBBIE ANDERSON, ALICE ALLEN, and MARISSELLA ELLIOT respectfully submit that they should be given until 15 days after a ruling on Defendant Northeastern Nevada Regional Hospital's motion to dismiss (ECF No. 85) to respond to the complaint.

///

///

///

6.    In consideration of the above, good cause exists for the parties' requested extension and it is not for purposes of delay.

DATED:  February 3, 2020                              Respectfully submitted,

By:  /s/ Stephen S. Kent                              By:  /s/ Arthur A. Zorio
STEPHEN S. KENT                                       Arthur A. Zorio
Nevada Bar No. 1251                                   BROWNSTEIN HYATT FARBER
KENT LAW                                              SCHRECK, LLP
201 West Liberty Street, Suite 320                    5371 Kietzke Lane
Reno, NV 89501                                        Reno, NV 89511
Telephone: (775) 324-9800                             Telephone:  (775) 324-4100
Facsimile: (775) 324-9803                             Facsimile:  (775) 333-8171
skent@skentlaw.com                                    Email:  azorio@bhfs.com

Joseph Carlos Alamilla
*Admitted Pro Hac Vice*                               PHILLIP F. CRAMER
9557 South 700 East, Suite 101                        *Admitted Pro Hac Vice*
Sandy, UT 84070                                       RYAN T. HOLT
Telephone:  (801) 232-2666                            *Admitted Pro Hac Vice*
Email:  joseph@jcalegalsolutions.com                  SHERRARD ROE VOIGT &
                                                      HARBISON, PLC
                                                      150 3rd Avenue South, Ste. 1100
*Counsel for Plaintiffs New Horizon Home*             Nashville, TN  37201
*Care, LLC and Guiding Light Hospice, Inc.*           Telephone: (615) 742-4200
                                                      Email:  PCramer@srvhlaw.com
                                                              RHolt@srvhlaw.com

                                                      *Attorneys for Defendants Debbie Anderson*
                                                      *and Alice Allen*


                                                      **IT IS SO ORDERED:**

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

                                                      DATED: February 4, 2020