Mark A. Hutchison (4639)
Sandra S. Robertson (5504)
Stuart J. Taylor (14285)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:     (702) 385-2500
Fax:    (702) 385-2086
mhutchison@hutchlegal.com
srobertson@hutchlegal.com
staylor@hutchlegal.com

*Attorneys for Defendants Desert Health Care
Facilities Inc. d/b/a Highland Manor
Associates, Highland Manor and Drew Banford*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC and GUIDING LIGHT HOSPICE, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>PHC-ELKO, INC. dba NORTHEASTERN NEVADA REGIONAL HOSPITAL; HORIZON HOSPICE, INC.; GENESIS HOSPICE, LLC; GENESIS HOME HEALTH SERVICES, INC.; DESERT HEALTH CARE FACILITIES INC. dba HIGHLAND MANOR ASSOCIATES; HIGHLAND MANOR; ELKO HIGHLAND VILLAGE OF ELKO; DREW BANFORD; BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D.; DEBRA ANDERSON; MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN, et al<br><br>    Defendants. | Case No. 3:19-CV-00521-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, Plaintiffs NEW HORIZON HOME CARE, LLC and GUIDING LIGHT HOSPICE, INC. ("Plaintiffs") and Defendant DESERT HEALTH CARE FACILITIES INC. d/b/a HIGHLAND MANOR ASSOCIATES, HIGHLAND MANOR and DREW BANFORD ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

1

1. On June 19, 2020, Plaintiff filed its Second Amended Complaint. (ECF No. 124);;

2. Defendant's deadline to respond to the Second Amended Complaint is July 6, 2020;

4. The Parties stipulate and agree that the Defendant's shall have until July 28, 2020 to file their responsive pleading to Plaintiffs' Second Amended Complaint; and

5. This is the first request for an extension of time to respond to Plaintiffs' Second Amended Complaint.

In view of the foregoing, good cause supports this stipulated Motion. The Parties respectfully request that the Court grant this Motion and extend Defendant's deadline to file an Answer or responsive pleading to the Second Amended Complaint to July 28, 2020.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 30th day of June, 2020 | DATED this 30th day of June, 2020 |
| JOSEPH C. ALAMMILLA, PLLC | HUTCHISON & STEFFEN, PLLC |
| */s/ Joseph C. Alamilla* | */s/ Sandra S. Robertson* |
| Joseph Carlos Alamilla | Mark A. Hutchison (4639) |
| P.O. Box 543 | Sandra S. Robertson (5504) |
| Centerville, UT 84014 | Stuart J. Taylor (14285) |
| 801-232-2666/Fax: 866-254-9597 | 10080 West Alta Drive, Suite 200 |
| joseph@jcalegalsolutions.com | Las Vegas, NV 89145 |
| | 702-385-2500/Fax: 702-385-2086 |
| Stephen S. Kent | mhutchiso@hutchlegal.com |
| KENT LAW, PLLC | srobertson@hutchlegal.com |
| 201 W. Liberty, Suite 320 | staylor@hutchlegal.com |
| Reno, NV 89501 | |
| 775-234-9800/Fax: 702-324-9803 | *Attorneys for Defendants Desert Health Care* |
| skent@skentlaw.com | *Facilities Inc. d/b/a Highland Manor* |
| | *Associates, Highland Manor and Drew Banford* |
| *Attorney for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of July, 2020

*William G. Cobb*
_____
U.S. Magistrate Judge

2