McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael A. Pintar
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone: (775) 333-0400
Facsimile: (775) 333-0412

Attorneys for Defendants Genesis Home Health Services, Inc., and Querubin Iguban, Jr., M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PHC-ELKO, INC. dba NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., DESERT HEALTH CARE FACILITIES, INC., dba HIGHLAND MANOR ASSOCIATES, HIGHLAND MANOR, ELKO HIGHLAND VILLAGE OF ELKO, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN,<br><br>Defendants. | Case No. 3:19-cv-00521-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS SECOND AMENDED COMPLAINT (First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiffs New Horizon Home Care, LLC and Guiding Light Hospice, Inc., ("Plaintiffs") and Defendants Genesis Home Health Services, Inc., Genesis Hospice, LLC, Querubin Iguban, Jr., M.D., Billie Jean Crawford, Travis Spencer and Marissella Elliot ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

1. On June 19, 2020, Plaintiff filed its Second Amended Complaint. (ECF No. 124);

2. Defendant's deadline to respond to the Second Amended Complaint is July 6, 2020;

3. The Parties stipulate and agree that the Defendants shall have until July 10, 2020 to file their responsive pleading to Plaintiffs' Second Amended Complaint; and

4. This is the first request for an extension of time to respond to Plaintiffs' Second Amended Complaint.

In view of the foregoing, good cause supports this stipulated Motion. The Parties respectfully request that the Court grant this Motion and extend Defendant's deadline to file an Answer or responsive pleading to the Second Amended Complaint to July 28, 2020.

**IT IS SO STIPULATED.**

DATED this 6th day of July, 2020

JOSEPH C. ALAMMILLA, PLLC

/s/ Joseph C. Alamilla
Joseph Carlos Alamilla
P.O. Box 543
Centerville, UT 84014
801-232-2666
joseph@jcalegalsolutions.com

Stephen S. Kent
KENT LAW, PLLC
201 W. Liberty, Suite 320
Reno, NV 89501
775-234-9800/Fax: 702-324-9803
skent@skentlaw.com

*Attorney for Plaintiffs*

DATED this 6th day of July, 2020

McCORMICK BARSTOW, LLP

/s/ Michael A. Pintar
Michael A. Pintar
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, Nevada 89501
775-333-0400
michael.pintar@mccormickbarstow.com

*Attorneys for Defendants Genesis Home Health Services, Inc., Genesis Hospice, LLC, Horizon Hospice, Inc., Querubin Iguban, Jr., M.D., Billie Jean Crawford, Travis Spencer and Marissella Elliot*

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
241 RIDGE STREET, SUITE 300
RENO, NV 89501

2   Case No. 3:19-cv-00521-RCJ-WGC
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS SECOND AMENDED COMPLAINT (First Request)

## ORDER

IT IS SO ORDERED.

DATED: July 6, 2020

_William G. Cobb_
U.S. MAGISTRATE JUDGE

038877-000000 6939842.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
241 Ridge Street, Suite 300
Reno, NV 89501

3

Case No. 3:19-cv-00521-RCJ-WGC

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS SECOND AMENDED COMPLAINT (First Request)