UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC and GUIDING LIGHT HOSPICE,<br><br>Plaintiff,<br><br>vs.<br><br>PHC-ELKO, INC. dba NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., DESERT HEALTH CARE FACILITIES INC., dba HIGHLAND MANOR ASSOCIATES, HIGHLAND MANOR, ELKO HIGHLAND VILLAGE OF ELKO, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN. , et. al.<br><br>Defendants.<br>_____/ | CASE NO. 3:19-CV-00521-RCJ-WGC<br><br>**ORDER TO EXTEND DATE TO FILE OPPOSITION TO GENESIS HOME HEALTH SERVICES MOTION TO DISMISS** |

Pursuant to Local Rule IA 6-1, Plaintiffs New Horizon Home Care, LLC, and Guiding Light Hospice, Inc., ("Plaintiffs"), and Defendants Genesis Home Health Services, Inc., Genesis Hospice, LLC Querubin Iguban, Jr., M.D., Billie Jean Crawford, Travis Spencer and Marissella Elliott ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

1. On July 10, Genesis Home Health Services, Inc., and Genesis Hospice LLC, filed its Motion to Dismiss. (ECF 130);

2. Defendants' deadline to respond to the Motion to Dismiss is July 24, 2020;

KENT LAW PLLC
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
Tel: 775-324-9800

3. The Parties stipulate and agree that the Plaintiffs shall have until August 14, 2020 to file their opposition; and

4. This is the first request for an extension of time to respond to Genesis' Motion to Dismiss.

In view of the foregoing, good cause supports this stipulated Motion. The Parties respectfully request that the Court grant this Motion and extend Plaintiffs' deadline to file and Opposition to Genesis' July 10, 2020 Motion to Dismiss (ECF 130).

| | |
|---|---|
| DATED this 24th day of July, 2020 | DATED this 24th day of July, 2020 |
| KENT LAW | McCORMICK BARSTOW, LLP |
| By: /S/ Stephen S. Kent<br>STEPHEN S. KENT<br>201 W. Liberty Street, Suite 320<br>Reno, Nevada 89501<br>775-324-9800<br>LOCAL COUNSEL FOR PLAINTIFFS<br>NEW HORIZON HOME CARE, LLC AND GUIDING LIGHT HOSPICE. | By: /S/ Michael A. Pintar<br>MICHAEL A. PINTAR<br>241 Ridge Street, Suite 300<br>Reno, Nevada 89501<br>775-333-0400<br>Telephone: (615) 742-4200<br>ATTORNEYS FOR DEFENDANTS GENESIS HOME HEALTH SERVICES, INC., GENESIS HOSPICE LLC, HORIZON HOSPICE, INC., QUERUBIN IGUBAN, JR., M.D., BILLIE JEAN CRAWFORD, TRAVIS SPENCER AND MARISSELLA ELLIOTT |

DATED this 24th day of July, 2020

JOSEPH C. ALAMILLA, PLLC

By: /S/ Joseph C. Alamilla
JOSEPH C. ALAMILLA
9557 South 700 East, Ste 101
Sandy, UT 84070
801-232-2666
ATTORNEYS FOR PLAINTIFFS
NEW HORIZON HOME CARE, LLC AND GUIDING LIGHT HOSPICE.

**IT IS SO ORDERED:**

This 27th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE