JOSEPH C. ALAMILLA, ESQ.
Utah State Bar No. 00009785
JOSEPH C. ALAMILLA, PLLC
9557 South 700 East, Ste 101
Sandy, UT 84070
Telephone: (801) 232-2666
Email: joseph@jcalegalsolutions.com
Attorneys for Plaintiff
NEW HORIZON HOME CARE, LLC, and
GUIDING LIGHT HOSPICE, INC.

STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW
201 West Liberty St., Ste. 320
Reno, Nevada 89501
Telephone: 775-324-9800
Facsimile:   775-324-9803
ATTORNEYS FOR PLAINTIFFS
NEW HORIZON HOME CARE, LLC
and GUIDING LIGHT HOSPICE

UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC and GUIDING LIGHT HOSPICE,<br><br>    Plaintiff,<br>  vs.<br><br>PHC-ELKO, INC. dba NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., DESERT HEALTH CARE FACILITIES INC., dba HIGHLAND MANOR ASSOCIATES, HIGHLAND MANOR, ELKO HIGHLAND VILLAGE OF ELKO, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN. , et. al.<br><br>    Defendants. | CASE NO. 3:19-CV-00521-RCJ-WGC<br><br>**FIRST STIPULATION AND ORDER TO EXTEND DATE TO FILE OPPOSTION TO DESERT HEALTHCARE FACILITIES, INC. D/B/A HIGHLAND MANOR ASSOCIATES, HIGHLAND MANOR, and DREW BANFORD'S MOTION TO DISMISS (ECF 140)** |

PLAINTIFFS New Horizon Home Care, LLC, and Guiding Light Hospice, Inc., (Plaintiffs"), through their counsel Joseph Alamilla and local counsel Stephen S. Kent, and Defendants Desert Healthcare Facilities, Inc. d/b/a Highland Manor Associates, Highland Manor, and Drew Banford ("Defendants"), by and through their counsel, and agree and request as follows:

1.) On July 28, 2020, Defendants filed its Motion to Dismiss. (ECF 140);

2.) Plaintiffs' deadline to respond to the Motion to Dismiss was August 11, 2020;

3.) The parties stipulate and agree that the Plaintiffs have until **August 21, 2020** to file their opposition to the underlying motion; and

4.) This is the first request for an extension of time to respond to Defendants' Motion to Dismiss.

In view of the foregoing, good cause supports this stipulated and order. The Parties respectfully request that the Court grant this stipulation and order and extend Plaintiffs' deadline to file and Opposition to Defendants' July 28, 2020 Motion to Dismiss (ECF 140).

DATED: __12th__, 2020                                  DATED: __12th__, 2020

JOSEPH C. ALAMILLA, PLLC                               LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   __/s/ Joseph C. Alamilla___                      By:   __/s/ Adam J. Pernsteiner_____/
JOSEPH C. ALAMILLA                                     ADAM J. PERNSTEINER
9557 South 700 East, Ste 101                           6385 S. Rainbow Boulevard, Suite 600
Sandy, UT 84070                                        Las Vegas, Nevada 89118
801-232-2666                                           Telephone: 702.893.3383
ATTORNEYS FOR PLAINTIFFS                               Facsimile: 702.893.3789
NEW HORIZON HOME CARE, LLC AND GUIDING                 ATTORNEYS FOR DEFENDANTS
LIGHT HOSPICE.                                         DESERT HEALTHCARE FACILITIES,
                                                       INC. d/b/a HIGHLAND MANOR
                                                       ASSOCIATES, HIGHLAND MANOR,
                                                       AND DREW BANFORD.

Kent Law
201 W. Liberty St., Ste 320
Reno, NV 89501
Tel: 775-324-9800

DATED: __12th__, 2020

KENT LAW

By:   /s/ Stephen S. Kent
STEPHEN S. KENT
201 W. Liberty Street, Suite 320
Reno, Nevada 89501
775-324-9800
LOCAL COUNSEL FOR PLAINTIFFS
NEW HORIZON HOME CARE, LLC AND GUIDING LIGHT HOSPICE.

**IT IS SO ORDERED:**

This 19th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE