JOSEPH C. ALAMILLA, ESQ.
Utah State Bar No. 00009785
JOSEPH C. ALAMILLA, PLLC
9557 South 700 East, Ste 101
Sandy, UT 84070
Telephone: (801) 232-2666
Email: joseph@jcalegalsolutions.com
Attorneys for Plaintiff
NEW HORIZON HOME CARE, LLC, and
GUIDING LIGHT HOSPICE, INC.

STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW
201 West Liberty St., Ste. 320
Reno, Nevada 89501
Telephone: 775-324-9800
Facsimile:  775-324-9803
ATTORNEYS FOR PLAINTIFFS
NEW HORIZON HOME CARE, LLC
and GUIDING LIGHT HOSPICE

UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC and GUIDING LIGHT HOSPICE,<br><br>  Plaintiff,<br>vs.<br><br>PHC-ELKO, INC. dba NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., DESERT HEALTH CARE FACILITIES INC., dba HIGHLAND MANOR ASSOCIATES, HIGHLAND MANOR, ELKO HIGHLAND VILLAGE OF ELKO, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN. , et. al.<br><br>  Defendants. | CASE NO. 3:19-CV-00521-RCJ-WGC<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DATE TO FILE OPPOSTION TO GENESIS HOME HEALTH SERVICES' MOTION TO DISMISS FILED JULY 10, 2020 (ECF 130)** |

PLAINTIFFS New Horizon Home Care, LLC, and Guiding Light Hospice, Inc., (Plaintiffs"), through their counsel Joseph Alamilla and local counsel Stephen S. Kent, and Defendants Genesis Home Health Services, Inc., Genesis Hospice, LLC, Querubin Iguban, Jr., M.D., Billie Jean Crawford, Travis Spence and Marisella Elliott ("Defendants"), by and through their counsel, and agree and request as follows:

1.)   On July 10, 2020, Defendants filed their Motion to Dismiss. (ECF 130);

2.)   Plaintiffs' deadline to respond to the Motion to Dismiss is August 14, 2020;

3.)   The parties stipulate and agree that the Plaintiffs have until **August 21, 2020** to file their opposition to Defendants' Motion to Dismiss; and

4.)   This is the second request for an extension of time to respond to Defendants' Motion to Dismiss.

In view of the foregoing, good cause supports this stipulation and order for an extension of time in which to file an opposition to the Motion to Dismiss. The Parties respectfully request that the Court grant this stipulation and order and extend Plaintiffs' deadline to file their opposition to Defendants' Motion to Dismiss (ECF 130) until August 21, 2020.

DATED: 12th, 2020                    DATED: 12th, 2020

JOSEPH C. ALAMILLA, PLLC              McCORMICK BARSTOW, LLP

By:   /s/ Joseph C. Alamilla          By:   /s/ Michael A. Pintar   /
      JOSEPH C. ALAMILLA                    MICHAEL A. PINTAR
      9557 South 700 East, Ste 101          241 Ridge Street, Suite 300
      Sandy, UT 84070                       Reno, Nevada 89501
      801-232-2666                          Telephone: (615) 742-4200
      ATTORNEYS FOR PLAINTIFFS              Facsimile: (615) 742-4539
      NEW HORIZON HOME CARE, LLC AND GUIDING      ATTORNEYS FOR DEFENDANTS
      LIGHT HOSPICE.                        GENESIS HOME HEALTH SERVICES,
                                            INC., QUERUBIN IGUBAN, JR., M.D.,
                                            BILLIE JEAN CRAWFORD,
                                            TRAVIS SPENCER, AND
                                            MARISELLA ELLIOTT

Kent Law
201 W. Liberty St., Ste 320
Reno, NV 89501
Tel: 775-324-9800

DATED: __12th__, 2020

KENT LAW

By:     */s/ Stephen S. Kent*
STEPHEN S. KENT
201 W. Liberty Street, Suite 320
Reno, Nevada 89501
775-324-9800
LOCAL COUNSEL FOR PLAINTIFFS
NEW HORIZON HOME CARE, LLC AND GUIDING
LIGHT HOSPICE.

**IT IS SO ORDERED:**

This 19th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE