JOSEPH C. ALAMILLA, ESQ.
Utah State Bar No. 00009785
JOSEPH C. ALAMILLA, PLLC
9557 South 700 East, Ste 101
Sandy, UT 84070
Telephone: (801) 232-2666
Email: joseph@jcalegalsolutions.com
Attorneys for Plaintiff
NEW HORIZON HOME CARE, LLC, and
GUIDING LIGHT HOSPICE, INC.


STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW
201 West Liberty St., Ste. 320
Reno, Nevada 89501
Telephone: 775-324-9800
Facsimile:   775-324-9803
ATTORNEYS FOR PLAINTIFFS
NEW HORIZON HOME CARE, LLC
and GUIDING LIGHT HOSPICE

UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC and GUIDING LIGHT HOSPICE, <br><br> Plaintiff, <br><br> vs. <br><br> PHC-ELKO, INC. dba NORTHEASTERN NEVADA REGIONAL HOSPITAL, HORIZON HOSPICE, INC., GENESIS HOSPICE, LLC, GENESIS HOME HEALTH SERVICES, INC., DESERT HEALTH CARE FACILITIES INC., dba HIGHLAND MANOR ASSOCIATES, HIGHLAND MANOR, ELKO HIGHLAND VILLAGE OF ELKO, DREW BANFORD, BILLIE JEAN CRAWFORD, TRAVIS SPENCER, QUERUBIN IGUBAN, JR., M.D., DEBRA ANDERSON, MARISSELLA (CHELLA) ELLIOT, ALICE ALLEN.  , et. al. <br><br> Defendants. | CASE NO. 3:19-CV-00521-RCJ-WGC <br><br> **SECOND STIPULATION AND ORDER TO EXTEND DATE TO FILE OPPOSTION TO DESERT HEALTHCARE FACILITIES, INC. D/B/A HIGHLAND MANOR ASSOCIATES, HIGHLAND MANOR, and DREW BANFORD'S MOTION TO DISMISS (ECF 140)** |

PLAINTIFFS New Horizon Home Care, LLC, and Guiding Light Hospice, Inc., (Plaintiffs"), through their counsel Joseph Alamilla and local counsel Stephen S. Kent, and Defendants Desert Healthcare Facilities, Inc. d/b/a Highland Manor Associates, Highland Manor, and Drew Banford ("Defendants"), by and through their counsel, and agree and request as follows:

      1.)      On July 28, 2020, Defendants filed its Motion to Dismiss.  (ECF 140);

      2.)      Plaintiffs' deadline to respond to the Motion to Dismiss was August 11, 2020;

      3.)      The parties stipulate and agree that the Plaintiffs have until **August 21, 2020** to file their opposition to the underlying motion; and

      4.)      This is the first request for an extension of time to respond to Defendants' Motion to Dismiss.

In view of the foregoing, good cause supports this stipulated and order.  The Parties respectfully request that the Court grant this stipulation and order and extend Plaintiffs' deadline to file and Opposition to Defendants' July 28, 2020 Motion to Dismiss (ECF 140).

DATED: ___12th___, 2020             DATED: __12th___, 2020

JOSEPH C. ALAMILLA, PLLC         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Joseph C. Alamilla_____     By: ___/s/ Adam J. Pernsteiner_____/
     JOSEPH C. ALAMILLA            ADAM J. PERNSTEINER
     9557 South 700 East, Ste 101       6385 S. Rainbow Boulevard, Suite 600
     Sandy, UT 84070              Las Vegas, Nevada 89118
     801-232-2666                Telephone: 702.893.3383
     ATTORNEYS FOR PLAINTIFFS      Facsimile: 702.893.3789
     NEW HORIZON HOME CARE, LLC AND GUIDING   ATTORNEYS FOR DEFENDANTS
     LIGHT HOSPICE.               DESERT HEALTHCARE FACILITIES,
                                 INC. d/b/a HIGHLAND MANOR
                                 ASSOCIATES, HIGHLAND MANOR,
                                 AND DREW BANFORD.

1

2   DATED:   __12th__ , 2020

3

4   KENT LAW

5   By:     __/s/ Stephen S. Kent__
         STEPHEN S. KENT
6        201 W. Liberty Street, Suite 320
         Reno, Nevada 89501
7        775-324-9800
         LOCAL COUNSEL  FOR PLAINTIFFS
8        NEW HORIZON HOME CARE, LLC AND GUIDING
         LIGHT HOSPICE.
9

10

11  **IT IS SO ORDERED:**

12

13

14  This 19th day of August, 2020.

15

16  _____

17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28