# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON HOME CARE, LLC, and GUIDING LIGHT HOSPICE, INC., <br><br> Plaintiffs, <br> vs. <br><br> NORTHEASTERN NEVADA REGIONAL HOSPITAL, et al., <br><br> Defendants. | 3:19-cv-00521-RCJ-WGC <br><br> **MINUTES OF THE COURT** <br><br> August 24, 2020 |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is the motion of Stephen S. Kent, Esq., of Kent Law, PLLC, to withdraw as local counsel for Plaintiffs (ECF No. 134). No timely response has been filed. Therefore, counsel's motion (ECF No. 134) is **GRANTED**.

   **IT IS HEREBY ORDERED** that Plaintiffs shall secure new local counsel within twenty-one (21) days from the date of this order.

                                                           DEBRA K. KEMPI, CLERK

                                                           By:      /s/
                                                                   Deputy Clerk